IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: William R Bauman                 )      Case no. 15-42948
                                        )
                                        )      Chapter 13
                                        )
                    Debtor              )      Judge: Donald R. Cassling
                                        )

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

William R Bauman                                Sulaiman Law Group
157 W. Greenfield Avenue                        900 Jorie Blvd #150
Lombard, IL  60148                              Oak Brook, IL 60523


Please take notice that on Friday, March 4, 2016 at 10:00 am, a representative of this office shall appear before the Honorable Judge Donald R. Cassling at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240' Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, February 25, 2016.

                                                /s/ Jenn Karmia
                                                For:  Glenn Stearns, Trustee

---

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307(c) and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on December 22, 2015.

2. The debtor have failed to commence making timely plan payments.

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to Section 1307(c).


                                                Respectfully Submitted;

                                                /s/  Carolyn A. Suzzi
                                                For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888