# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 15 B 42948 |
| WILLIAM ROBERT BAUMAN ) | |
| ) | |
| Debtor ) | Chapter 13 |
| ) | |
| ) | |
| ) | Honorable Judge Donald R. Cassling |
| ) | |

## NOTICE OF MOTION

TO:   Glenn Stearns, Chapter 13 Trustee (via ECF)
      All creditors listed on the attached service list (via U.S. Mail)
      Fifth Third Mortgage Company c/o Pierce & Associate P.C. (via ECF)

PLEASE TAKE NOTICE that on April 8, 2016 at 9:30 a.m., the undersigned will appear before the Honorable Donald R. Cassling at the Kane County Courthouse located at 100 South Third Street, Courtroom 240, Geneva, Illinois and will then and there present the attached **Debtor's Motion Pursuant to 11 U.S.C §363 for Authorization to Sell Real Property**, at which time you may appear if you so choose.

## Certificate of Service

I, Mohammed Badwan, hereby certify that I caused to be served in the manner indicated above, a copy of the forgoing NOTICE and MOTION upon the parties named above on March 18, 2016, from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

> BY:   /S/ MOHAMMED BADWAN
> SULAIMAN LAW GROUP, LTD
> COUNSEL FOR DEBTOR(S)
> 900 JORIE BOULEVARD, SUITE 150
> OAK BROOK, IL 60523
> PHONE:  (630) 575-8181
> FAX:    (630) 575-8188
> ATTORNEY NO: 6299011

Barclay Bank
P.O Box 13337
Philadelphia, PA 19101


Carmax Auto Finance
12800 Tuckahoe Creek Parkway
Richmond, VA 23238


Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 E Paris Avenue Se
Grand Rapids, MI 49546


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Michelle L. Bauman
157 W. Greenfield Ave
Lombard, IL 60148


Pierce & Associates
1 North Dearborn
Ste 1300
Chicago, IL 60602


Specialized Loan Servicing
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129

Case 15-42948   Doc 31   Filed 03/18/16   Entered 03/18/16 14:20:36   Desc Main
           Document      Page 3 of 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 15 B 42948 |
| WILLIAM ROBERT BAUMAN ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | |
| ) | |
| ) | |
| ) | Honorable Judge Donald R. Cassling |
| ) | |

## DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 363 FOR AUTHORIZATION TO SELL REAL PROPERTY

**NOW COMES** William Robert Bauman ("Debtor"), by and through his attorneys, Sulaiman Law Group, LTD., moving this Honorable Court for authorization to sell real property, and in support thereof, state as follows:

1. The underlying Chapter 13 bankruptcy case was commenced by the filing of a voluntary petition with the Clerk of this Court on December 22, 2015.

2. The Debtor is the sole legal owner of a property located at 0N154 McDonald Avenue, West Chicago, IL 60185 ("subject property").

3. The subject property is Debtor's principal residence.

4. The subject property is encumbered by a mortgage lien in favor of Specialized Loan Servicing in the approximate amount of $117,000.00. *See* Schedule D attached hereto as Exhibit A.

5. The value of the property at the time this case was filed was approximately $199,000. *See* Schedule A attached hereto as Exhibit B.

6. On January 19, 2016, Debtor filed a Chapter 13 Plan ("Debtor's Plan"). *See* Debtor's Plan attached hereto as Exhibit C.

7. Debtor's Plan proposes to pay the Chapter 13 Trustee $705 per month for 60 months. *Id.*

8. Debtor's Plan provides for direct payments to Specialized Loan Servicing on account of its lien on the subject property.

9. Debtor's Plan provides a 100% dividend to Debtor's unsecured creditors. *Id.*

10. The Debtor and his wife, Michelle Bauman, are in the process of dissolving their marriage in a divorce proceeding in DuPage County.

11. The divorce proceeding is ongoing and no property has been distributed pursuant to a marital settlement agreement.

12. The Debtor acquired the subject property prior to getting married.

13. The Debtor wishes to sell the subject property and has obtained a contract for sale in the amount of $212,000.00. *See* Real Estate Contract attached hereto as Exhibit D.

14. A closing date for the sale of the subject property has been tentatively set for April 15, 2016. *See* Exhibit C, pg. 2.

15. Given that the subject property is property of the bankruptcy estate, Debtor needs court approval to sell any of the estate's property.

16. The sale of the subject property is expected to generate net proceeds of approximately $95,000.

17. The Debtor and his wife have agreed to place the net proceeds into an escrow account pending the finalization of the divorce proceeding.

18. Debtor's interest in the proceeds may be as high as $95,000.00 minus closing costs or $0.00 depending on the final determination of the property distribution in Debtor's divorce proceedings.

19. Notwithstanding the fact that the sale of the subject property would generate undetermined funds for the estate, the sale of the subject property and the subsequent holding of the proceeds in the escrow account do not prejudice the Debtor's creditors, as Debtor's Plan provides for a 100% distribution to the general unsecured creditors.

20. To date, the general unsecured creditors have filed claims in the sum of $6,212.24.

21. Debtor and his wife will be irreparably harmed if he is unable to sell the subject property as finding a new buyer may be difficult in today's real estate market.

22. Moreover, the inability to sell the subject property will frustrate Debtor's divorce proceeding and the subsequent property distribution to be determined by the state court.

23. The sale of the subject property will not prejudice any creditors and is in the best interest of all parties.

**WHEREFORE**, the Debtor, William Robert Bauman, prays this Honorable Court enter an Order as follows:

A. Authorizing the Debtor to sell the real property located at 0N154 McDonald Avenue, West Chicago, IL 60185;

B. Authorizing the proceeds from the sale of the subject property to be held in escrow pending the resolution of the divorce proceedings; and

C. For any and all other relief this Court deems fair and proper.

Dated: March 18, 2016                           Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. #6299011
*Counsel for Debtor*
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523