UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-42948 |
| WILLIAM ROBERT BAUMAN | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTY

THIS CAUSE, coming to be heard on Debtor's Motion for Authorization to Sell Real Property, the Court having jurisdiction over the subject matter and due notice having been given, IT IS HEREBY ORDERED:

1. Debtor is authorized to sell the real property located at 0N154 McDonald Avenue, West Chicago, IL 60185 for $212,000.00.

2. The Debtor is authorized to place the proceeds of the sale into an escrow account pending final adjudication of the marital dissolution proceeding pending in DuPage County state court.

3. The Debtor will tender a complete copy of the closing statements to the Trustee within 10 days of closing.

4. The Debtor will tender a copy of the escrow agreement regarding the proceeds of the sale.

5. The Debtor will tender his net proceeds from the sale to the Trustee less his homestead exemption within 10 days of entry of the order of dissolution of marriage and corresponding marital settlement agreement.

Enter:

Dated: 4-8-16

United States Bankruptcy Judge

**Prepared by:**
Mohammed Badwan ARDC #6299011
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181

Rev: 20120501_bko